# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | * | Chapter 7 Case No. |
| Mary A. Varnell | * | 20-60326-SDB |
| Debtor(s) | | |

## WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION

I hereby withdraw the Trustee's Report of No Distribution (Docket No. 21) filed in the above styled case on January 26, 2021.

This 7th day of April, 2021.

/s/ Joelyn W. Pirkle*
Chapter 7 Trustee
Statesboro Division

273 E. Walnut St. Jesup, GA 31546
(912) 427-9067
Georgia State Bar No. 143150

*The signature represented by "Isl" on this document conforms to original signature on the paper version of this document maintained by the filing user