Debtor 1  __Mary Ann Varnell__
          First Name   Middle Name   Last Name

Case number (if known) __20-60326__

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

   | | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | Case title _____ <br> Case number __20 EV 007761__ | Medical Battery + Fraud in The inducement | Court Name __State Court of Fulton County__ <br> Number  Street _____ <br> City __Fulton County__, State __GA__  ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
   | Case title _____ <br> Case number _____ | | Court Name _____ <br> Number  Street _____ <br> City  State  ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | | Describe the property | Date | Value of the property |
    |---|---|---|---|
    | Creditor's Name _____ <br> Number  Street _____ <br> City  State  ZIP Code | Explain what happened <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | $_____ |
    | Creditor's Name _____ <br> Number  Street _____ <br> City  State  ZIP Code | Explain what happened <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | $_____ |

Certificate of Service                                  4/14/2021

The following have been mailed a copy of ammended Form 101 Part 4:

(1) Savannah Bankruptcy Court
    PO Box 8347
    Savannah GA 31412

(2) Joclyn Pickle, Trustee
    293 East Walnut St
    Jesup, GA 31546

Mary Ann Varnell
*Mary Ann Varnell* (signature)

