**IT IS ORDERED as set forth below:**



Date: August 24, 2021

_____
*Susan D. Barrett*
United States Bankruptcy Judge
Southern District of Georgia

_____

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Mary Ann Varnell,**
    Debtor.

Case No.:   20−60326−SDB

Judge:   Susan D. Barrett

Chapter:   7

## ***ORDER APPOINTING SPECIAL COUNSEL***

   The Application of the Trustee for appointment of ***Daphne Withrow*** as Special Counsel for the Trustee having been considered and it appearing to the Court that the employment of ***Daphne Withrow*** is necessary and beneficial to this estate,

   It further appearing that the Special Counsel has no adverse interest to those of this estate, and that the employment is proper,

   IT IS THEREFORE ORDERED that the Trustee is authorized to employ the services of ***Daphne Withrow*** as Special Counsel for the Trustee subject to objection by any party in interest within twenty−one (21) days of the date hereof. The compensation of such Special Counsel will be later fixed and determined by the Court in such manner as the Court may from time to time direct after notice to creditors.

*[END OF DOCUMENT]*

B−04e [06−20]